## ATTACHMENT A
## STATEMENT OF FACTS

*The undersigned parties hereby stipulate and agree that, if this case had proceeded to trial, the United States would have proven the following facts beyond a reasonable doubt. The undersigned parties also agree that the following facts do not encompass all of the evidence which would have been presented had this matter gone to trial.*

At all relevant times to this case, Defendant **CLARENCE HENRY ANDREWS** ("**ANDREWS**") was a resident of Silver Spring, Maryland.

In or about March 2015, **ANDREWS** communicated with an 11-year-old male ("Victim 1") residing in Georgia, via Sony PlayStation, Skype, FaceTime, text messages, and telephone. During the course of the communications, **ANDREWS** persuaded, induced, enticed, and coerced Victim 1 to produce images and videos of Victim 1 engaged in sexually explicit conduct. **ANDREWS** promised to provide Victim 1 Advanced Warfare, a PlayStation game, in exchange for sexually explicit images and videos of Victim 1. At various times, **ANDREWS** also invoked religious rhetoric in order to persuade Victim 1 to produce and share sexually explicit images and videos.

For example, **ANDREWS** and Victim 1 exchanged the following chat communications, in relevant part, between March 10, 2015 and March 11, 2015 (alterations and notations are in square brackets):

| | |
|---|---|
| **ANDREWS:** | Ok why am I mad at you? |
| Victim 1: | Didn't send the pic cause i was in a car wreck |
| **ANDREWS:** | When was this? And I think your lying to me [Victim 1] |
| Victim 1: | I'm just now home |
| Victim 1: | Nope im not lying |
| **ANDREWS:** | Point being you had time before you went out and you did nothing and expect me to give you AW [Advanced Warfare] right? |

\*\*\*

| | |
|---|---|
| **ANDREWS:** | So I'm giving you a chance take it or leave it |

\*\*\*

| | |
|---|---|
| **ANDREWS:** | But you need to get those pics tonight that's my final answer or you have no aw |
| **ANDREWS:** | Understood!???? |
| Victim 1: | No |
| **ANDREWS:** | Ok then |

10

| | |
|---|---|
| Victim 1: | I'm sorry but it can't work out im 12 with parents sleeping with me and they k win when I'm not using bathroom then im busted |
| Victim 1: | Can I have a different job if i can |
| ANDREWS: | Deuces don't have the time to play games no more I hope that your parents cough up the money to get it [Advanced Warfare] for you I'm done goodbye |

***

| | |
|---|---|
| ANDREWS: | You make up to many fake ass excuses to get out of doing something [Victim 1] and I'm tired of the shit I'm not helping someone who plays and makes excuses so there you go |
| Victim 1: | I dont make excuses it's the trith |
| Victim 1: | truth |
| Victim 1: | Thx for the money that u promised (facepalm)im(stupid) |

***

| | |
|---|---|
| Victim 1: | Ok i surrender i like aw [Advanced Warfare] and dont have it |
| ANDREWS: | I'm not going to continue letting you lie to me and then give you a game |

***

| | |
|---|---|
| ANDREWS: | SO I'm doing the right thing by not giving It to you cause then what u lie again and your supposed to be a Christian and be a church boy correct |

***

| | |
|---|---|
| ANDREWS: | The bible says In the Ten Commandments thy shall not lie! Correct |
| ANDREWS: | ? |
| Victim 1: | That's correct I red that part to |
| Victim 1: | That's one of my verses |
| ANDREWS: | Commandment broken |

***

| | |
|---|---|
| ANDREWS: | You going to lie again or do your job cause if your going to lie then bye I hope that God had mercy on your soul |

***

| | |
|---|---|
| ANDREWS: | And I want you to do them pics really quick |
| Victim 1: | Ok which side |
| Victim 1: | Only time for 1 cause its 11:15 school tomorrow |

11

| | |
|---|---|
| ANDREWS: | Both you can do it |
| ANDREWS: | Send on here |
| Victim 1: | Ok I'll try |
| Victim 1: | Ok I have to brb [be right back] I'll try to hurry |
| ANDREWS: | Standing up makes it fast |
| Victim 1: | Yea ik brb [be right back] |
| ANDREWS: | I'll pray for you to |
| Victim 1: | Ok plz I'll come to u if i have a problem in my life if u can help |
| Victim 1: | Ok gotta get them picks |
| ANDREWS: | When your done call me no speaking put the phone to your ear so you can hear me and I'm going to pray for you |

\*\*\*

| | |
|---|---|
| Victim 1: | Ok brb [be right back] |
| Victim 1: | [An image is sent the image depicts a minor male's exposed penis] |
| Victim 1: | Best i could do |
| Victim 1: | [An image is sent the image depicts a minor male's anus] |
| Victim 1: | Same with this or |
| Victim 1: | This one* |
| ANDREWS: | Ok that's fine kiddo |
| Victim 1: | Ok thx |
| ANDREWS: | Tomorrow go back in your room hurry up |

\*\*\*

| | |
|---|---|
| Victim 1: | Ok its sending |
| ANDREWS: | It better be right or we fighting let me know when it sends |

\*\*\*

| | |
|---|---|
| ANDREWS: | I got it |
| Victim 1: | Got what |
| Victim 1: | Video |
| ANDREWS: | The video hold on lol [laugh out loud] |

12

Similarly, **ANDREWS** and Victim 1 exchanged the following chat communications, in relevant part, on March 11, 2015 (alterations and notations are in square brackets):

| | |
|---|---|
| ANDREWS: | Well then when you get out do the pics ok? |
| ANDREWS: | Are you taking a shower? |
| Victim 1: | Fixing to get in |
| Victim 1: | Ok i copy |
| ANDREWS: | Matter a fact I want a video on skype I'll you of what when your out of the shower |

\*\*\*

| | |
|---|---|
| ANDREWS: | So the video you got to be ready to do it so that you don't get in trouble you wanna do it before while your in the bathroom? |
| Victim 1: | Yea I'll tell parents that i gt to go to num2 but I do anyways so ill do it them after shower |
| ANDREWS: | That's what I want you to do I want to see it coming out your butt easy enough and I want to see you wipe that's your ticket to AW [Advanced Warfare] |
| Victim 1: | Ok gotta cha |

\*\*\*

| | |
|---|---|
| ANDREWS: | What you suppose to do in the video? |
| ANDREWS: | Hurry up and yes |
| Victim 1: | In the video take the camera and see the butt with the poo poo coming easy out and wipe and the front of it |
| Victim 1: | Sorry but taking num2 now so gotta do video |
| Victim 1: | Hurry and see if that's correct |
| Victim 1: | Ok brb may take 5 mins brb |
| ANDREWS: | Ok |
| Victim 1: | Peed |
| Victim 1: | Lol i pee on my phone. [A video is sent. The video is approximately two minutes and thirty-seven seconds in length and takes place in a bathroom. The video begins depicting an exposed penis. As the video continues a hand touches the exposed penis. Victim 1, who is recording the video, then waves to the camera in the mirror and appears to be naked except for socks. Victim 1 then records himself urinating and defecating in the toilet. The video concludes with |

13

Victim 1 recording himself in the mirror as he wipes his anus with toilet paper.]

The two images and one video sent by Victim 1 to **ANDREWS** in the above excerpts contain visual depictions of a minor engaging in sexually explicit conduct and are child pornography under 18 U.S.C. § 2256(8).

Between approximately in or about 2013 and April 2015, **ANDREWS** – using similar means and pattern of conduct – attempted to or did persuade, induce, entice, and coerce at least eight additional victims aged 16 and younger to produce images and videos of sexually explicit conduct.

\* \* \*

Between approximately April 2013 and October 2014, **ANDREWS** befriended, through church, the family of an eight-to-nine-year-old female ("Victim 2") and a seven-to-eight-year-old male ("Victim 3") residing in Olney, Maryland. On one occasion, **ANDREWS** visited the family's home in Olney, took Victim 2 to a downstairs bathroom, told Victim 2 that he (**ANDREWS**) would give Victim 2 $20 if she pulled down her pants, ran his (**ANDREWS**) finger down the line of Victim 2's buttocks, and took a picture of Victim 2's buttocks. On multiple occasions, **ANDREWS** visited the family's home in Olney, took Victim 3 to a downstairs bathroom, told Victim 3 to pull down his pants, took a picture of Victim 3's buttocks, touched Victim 3's penis, and made Victim 3 touch **ANDREWS**'s penis.

**ANDREWS** was charged with five counts of Sex Offense Third Degree for the aforementioned conduct in <u>Maryland v. Clarence Henry Andrews</u>, Circuit Court for Montgomery County, Maryland (Case No. 130047C).

\* \* \*

Prior to the offenses described above, on May 23, 2010, **ANDREWS** and a nine-year-old male ("minor male") were in a church in Laurel, Maryland. In a bathroom of the church, **ANDREWS** touched the minor male's penis, and told the minor male that the minor male could not leave the bathroom until the minor male touched **ANDREWS**'s penis. Based on the aforementioned conduct, on April 16, 2011, **ANDREWS** was convicted by <u>Alford</u> plea of Sex Offense Fourth Degree and Second Degree Assault, in <u>Maryland v. Clarence Henry Andrews</u>, Circuit Court for Prince George's County, Maryland (Case No. CT101255X).

**ANDREWS** was a registered sex offender at the time of the instant offense conduct.

\* \* \*

I have read this statement of facts, and have carefully reviewed it with my attorney. I acknowledge that it is true and correct.

12/23/16
Date

_____
Clarence Henry Andrews

I am the attorney for Clarence Henry Andrews. I have carefully reviewed the statement of facts with him.

12.23.16
Date

_____
John Chamble, Esq.

15